# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SUE ELLA FERGUSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | **CASE NO. 7:13-CV-174-D** |
| | ) | |
| Defendant. | ) | |

**Decision by the Court.**

IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on August 5, 2014, that plaintiff's objections to the Memorandum and Recommendations are OVERRULED, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's motion to file a sur-reply is DISMISSED as moot, defendant's final decision is AFFIRMED, and this action is DISMISSED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 5, 2014**, AND A COPY MAILED TO:

Stephen Neal Camak (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 5, 2014 | JULIE A. RICHARDS, Clerk |
| Date | *Eastern District of North Carolina* |
| | |
| | /s/ Susan W. Tripp |
| *New Bern, North Carolina* | *(By) Deputy Clerk* |

Case 7:13-cv-00174-D   Document 40   Filed 08/05/14   Page 1 of 1